

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2014

No. 04-14-00615-CV

**IN RE ADAN VOLPE PROPERTIES, LTD.**,
Maricela Volpe, General Partner and Juan A. Gonzalez

Original Mandamus Proceeding[1]

**ORDER**

On September 2, 2014, relators Adan Volpe Properties, Ltd., Maricela Volpe and Juan Gonzalez filed a petition for a writ of mandamus and an emergency motion for temporary stay. The court has considered relator's petition, the response and reply of the parties, and has determined that relators are entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable Elma T. Salinas Ender is ORDERED to vacate the July 17, 2014 "Order on Plaintiff's Motions for Enforcement by Contempt and/or To Modify or Clarify and to Appoint Arbitrator." The writ will issue only if we are notified that Judge Ender has not done as directed within fifteen days from the date of this order.

It is so **ORDERED** on December 31, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2014.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2003-CVF-000414-D2, styled *Donato Volpe Jr. v. Adan Volpe Properties, Ltd. and Maricela Volpe, General Partner*, pending in the 111th Judicial District Court, Webb County, Texas, the Honorable Elma T. Salinas Ender presiding.